IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 12 AM 7: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| v. | ) | Cr. No. 05-20053-Ma |
| JOHNNY FOSTER, | ) | |
| Defendant. | ) | |

## ORDER ON JURY VERDICT

This cause came on for trial on October 4, 2005, the United States Attorney for this district representing the government, and defendant, Johnny Foster, appearing in person and with appointed counsel, Mr. Edwin Perry.

Jurors were selected and sworn and opening statements were presented by counsel.  After hearing all proof presented, closing arguments of counsel and jury charge, the jury began deliberations on October 5, 2005.  After due deliberation, the jury returned into open court on October 6, 2005 and announced a verdict of **GUILTY** as to Count 1 of the Indictment.

Sentencing in this matter is set for **Friday, January 13, 2006 at 9:00 a.m.**  The defendant is remanded to the custody of the United States Marshal.

ENTERED this 11th day of October, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___ 10-17-05

4/4

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:05-CR-20053 was distributed by fax, mail, or direct printing on October 17, 2005 to the parties listed.

---

E. Greg Gilluly
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT